# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR., <br><br>Plaintiff, <br><br>v. <br><br>MASTEC NETWORK SOLUTIONS, INC., <br><br>Defendant. | Case No. 1:20-cv-00890-AWI-SAB <br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER <br><br>(ECF Nos. 8, 12) |

A scheduling order issued on August 19, 2020. (ECF No. 8.) On July 27, 2021, a stipulation was filed to extend the expert discovery deadline by a period of thirty (30) days. (ECF No. 12.)[1] The parties proffer good cause exists because while the Defendant subpoenaed an expert to be deposed on July 20, 2021, the expert is not available until August 19, 2021, at the earliest. The Court notes that the new expert discovery deadline as proposed would fall on the same date as the current dispositive motion filing deadline. The Court finds good cause to extend the deadline and presumes the parties intend the new deadline to have no impact on the current dispositive motion filing deadline.

/ / /

/ / /

---

[1] It appears the stipulation and proposed order repeatedly refer to the "non-expert" discovery deadline, however, given the content of the stipulation, including the proffered deadline and reason for the extension, it is clear to the Court that the parties intend to amend the expert discovery deadline.

1

Accordingly, the August 19, 2020 scheduling order (ECF No. 8) is HEREBY AMENDED as follows:

1. Expert Discovery Deadline: **September 13, 2021**; and
2. All other aspects of the August 19, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **July 28, 2021**

UNITED STATES MAGISTRATE JUDGE