# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR., <br><br> Plaintiff, <br><br> v. <br><br> MASTEC NETWORK SOLUTIONS, INC., <br><br> Defendant. | Case No.  1:20-cv-00890-AWI-SAB <br><br> ORDER RE STIPULATION TO AMEND SCHEDULING ORDER <br><br> (ECF No. 15) |

A scheduling order issued on August 19, 2020.  (ECF No. 8.)  On July 28, 2021, the Court granted a stipulated request to extend the expert discovery deadline by a period of thirty (30) days to complete a deposition of an expert.  (ECF No. 14.)  On August 20, 2021, the parties filed a stipulation to further extend the expert discovery deadline.  (ECF No. 15.)  The stipulation explains that the expert failed to appear at a deposition as noticed on August 3, 2021.  Defendant intends to file a motion to compel the expert's appearance at the deposition.  The parties agree good cause exists to continue the expert discovery deadline by forty-five (45) days to allow Defendant to pursue its motion to compel and to allow completion of expert discovery thereafter.  The Court finds good cause to grant the requested extension.[1]

---

[1] When the Court previously granted the continuance of the expert discovery deadline, the Court noted the new deadline would fall on the same date as the dispositive motion filing deadline, and stated that the Court presumed the parties intended the new deadline to have no impact on the dispositive motion filing deadline of September 13, 2021.  (ECF No. 14.)  The parties again make no comment on the dispositive motion filing deadline and the Court again presumes that the parties intend to move forward with the dispositive motion filing deadline of September 13, 2021.

Accordingly, the August 19, 2020 scheduling order as previously amended (ECF Nos. 8, 14), is further AMENDED as follows:

1. Expert Discovery Deadline: **October 28, 2021**; and
2. All other aspects of the August 19, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **August 20, 2021**

UNITED STATES MAGISTRATE JUDGE