1  Ryan L. Eddings, Bar No. 256519
   reddings@littler.com
2  Julie R. Campos, Bar No. 314063
   jcampos@littler.com
3  LITTLER MENDELSON P.C.
   5200 North Palm Avenue
4  Suite 302
   Fresno, California 93704.2225
5  Telephone:   559.244.7500
   Fax No.:     559.244.7525
6

7  Attorneys for Defendant
   MASTEC NETWORK SOLUTIONS, INC.
8
   Geoffrey C. Lyon, Bar No. 132747
9  Email: glyon@lyonlawyer.com
   LYON LAW PC
10 10960 Wilshire Blvd., Suite 820
   Los Angeles, CA 90024
11 Tel: 310-818-7700; Fax: 424-8327405

12 Attorneys for Plaintiff,
   GREGG LEE FOSHEE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MASTEC NETWORK SOLUTIONS, INC., and DOES 1 TO 10,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00890-AWI-SAB<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT MASTEC NETWORK SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Date:　　October 18, 2021<br>Time:　　1:30 PM<br>Judge:　　Hon. Anthony W. Ishii<br>Dept:　　Courtroom 2<br><br>Trial Date: May 17, 2022 |

Pursuant to this Court's Local Rule 260 and August 19, 2020 Scheduling Order [Dkt. 8], Plaintiff GREGG LEE FOSHEE, JR. ("Plaintiff") and Defendant MASTEC NETWORK SOLUTIONS, INC. ("Defendant"), hereby submit the following Joint Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment. The Parties submit this Statement in

compliance with the Court's August 19, 2020 Scheduling Order, setting forth those facts that the Parties agree are not in dispute for purposes of Defendants' Motion:

| | UNDISPUTED FACTS | SOURCE |
|---|---|---|
| 1. | Defendant is a is a telecommunications company which provides turnkey solutions for telecom operators and engages in other telecommunications projects. | Declaration of Windy Cox in Support of Motion for Summary Judgment (hereinafter "Cox Decl."), ¶ 2. |
| 2. | Plaintiff began working for Defendant's predecessor, WesTower Communications, Inc. ("WesTower") on December 2, 2013. | Cox Decl., ¶ 3; Declaration of Julie R. Campos in Support of Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication (hereinafter "Campos Decl."), ¶ 3, Ex. B, 25:2-14. |
| 3. | Plaintiff continued working for Defendant after Defendant acquired WesTower. | Cox Decl., ¶ 4; Campos Decl. ¶ 3, Ex. B, 25:2-8. |

Respectfully submitted,

Dated: September 13, 2021

Ryan L. Eddings
Julie R. Campos
LITTLER MENDELSON P.C.
Attorneys for Defendant
MASTEC NETWORK SOLUTIONS, INC.

Dated: September 10, 2021

/s/ Geoffrey C. Lyon
Geoffrey C. Lyon
LYON LAW PC
Attorneys for Plaintiff
GREGG LEE FOSHEE JR.