# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR., <br><br> Plaintiff, <br><br> v. <br><br> MASTEC NETWORK SOLUTIONS, INC., <br><br> Defendant. | Case No. 1:20-cv-00890-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT INFORMAL DISCOVERY DISPUTE CONFERENCE AND FAILURE TO COMPLY WITH LOCAL RULE 182(f) <br><br> THREE-DAY DEADLINE |

An informal discovery dispute conference in this action was set for September 29, 2021, at 4:30 p.m. before the undersigned. (ECF No. 31.) Counsel for Plaintiff, Geoffrey C. Lyon, failed to appear at the informal discovery dispute conference. Upon attempting to contact Mr. Lyon regarding his attendance at the conference, the Court discovered the phone number on record with the Court for Mr. Lyon was not accurate. Further, the Court attempted to communicate with Mr. Lyon by electronic mail but as of the filing of this order, Mr. Lyon has not responded.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1

      Counsel must keep the Court and all other parties apprised of his current contact information. E.D. Cal. L.R. 182(f). Indeed, it is imperative that the Court and defense counsel be able to reach counsel for Plaintiff in this case, particularly in light of the ongoing discovery dispute and need for timely communications. Therefore, counsel for Plaintiff will be directed to show cause why he should not be sanctioned for failing to appear at the informal discovery dispute conference or update his phone number on file with the Court.

      Based on the foregoing, IT IS HEREBY ORDERED that within **three (3) days** from the date of electronic filing of this order, counsel for Plaintiff, Mr. Lyon, shall show cause in writing why he should not be sanctioned for failing to appear at the informal discovery dispute conference and update his phone number of record. Failure to comply with this order may result in the imposition of sanctions including but not limited to dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 30, 2021**                _____

                                                            UNITED STATES MAGISTRATE JUDGE