# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR., <br><br> Plaintiff, <br><br> v. <br><br> MASTEC NETWORK SOLUTIONS, INC., <br><br> Defendant. | Case No. 1:20-cv-00890-AWI-SAB <br><br> ORDER DISCHARGING SEPTEMBER 30, 2021 ORDER TO SHOW CAUSE <br><br> (ECF Nos. 32, 33) |

An informal discovery dispute conference in this action was set for September 29, 2021, at 4:30 p.m. before the undersigned. (ECF No. 31.) Counsel for Plaintiff, Geoffrey C. Lyon, failed to appear at the informal discovery dispute conference. Upon attempting to contact Mr. Lyon regarding his attendance at the conference, the Court discovered the phone number on record with the Court for Mr. Lyon was not accurate. Further, the Court attempted to communicate with Mr. Lyon by electronic mail but he did not respond. Accordingly, on September 30, 2021, the Court issued an order to show cause why counsel should not be sanctioned for failing to appear at the informal discovery dispute conference and update his phone number of record. (ECF No. 32.)

On October 4, 2021, Mr. Lyon filed a declaration in response to the Court's order to show cause. (ECF No. 33.) The declaration indicates Mr. Lyon believed the discovery conference was still being conducted via telephonic conference, as initially stated in the Court's September 28,

1

2021 minute order (ECF No. 31), and that Mr. Lyon dialed into the conference call at the scheduled time and remained on hold until he received a pre-recorded announcement that the conference had ended.  (ECF No. 33 at 2, 4–6.)  Until he received notice of the order to show cause, Mr. Lyon mistakenly assumed the conference had been cancelled or rescheduled.  (Id. at 2.)  Mr. Lyon further avers that he previously filed a notice of change of contact information with the Court in May 2021 (ECF No. 9), but his office inadvertently failed to concurrently update Mr. Lyon's telephone and email address in the Court's electronic system.  (ECF No. 33 at 2–3, 7–10.)  As a result of the failure to update his phone and email contact information with the Court's electronic system, it appears Mr. Lyon never received the Court's electronic correspondences regarding the change for the informal discovery conference to videoconference or Mr. Lyon's failure to appear at the videoconference because those correspondences were sent to Mr. Lyon's old email address. Finally, Mr. Lyon apologizes to the Court and defense counsel for his oversight.  (Id. at 3.)

The Court is satisfied with Mr. Lyon's explanation and notes that the Court's record has been updated with Mr. Lyon's correct contact information.[1]  Accordingly, IT IS HEREBY ORDERED that the September 30, 2021 order to show cause (ECF No. 32) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 5, 2021**                                                                 
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] However, the Court notes there are two suite numbers indicated on Mr. Lyon's mailing address (Suite 311 and Suite 820), which appear to reflect a typographical error that should be corrected forthwith.