Ryan L. Eddings, Bar No. 256519
reddings@littler.com
Julie R. Campos, Bar No. 314063
jcampos@littler.com
LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525

Attorneys for Defendant
MASTEC NETWORK SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE, JR., <br><br> Plaintiff, <br><br> v. <br><br> MASTEC NETWORK SOLUTIONS, INC., and DOES 1 TO 10, <br><br> Defendants. | Case No. 1:20-cv-00890-AWI-SAB <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL THE APPEARANCE OF NON-RETAINED EXPERT ASHLEY DELGADO, M.S. AT HER DEPOSITION** <br><br> Date: October 20, 2021 <br> Time: 10:00 AM <br> Judge: Hon. Stanley A. Boone <br> Dept: Courtroom 9 <br><br> Trial Date: May 17, 2022 <br><br> [*Concurrently Filed with Defendant's Stipulated Application for an Order Shortening Time to Hear Defendant's Motion to Compel the Appearance of Non-Retained Expert Ashley Delgado, M.S. at Her Deposition*] |

Defendant MASTEC NETWORK SOLUTIONS, INC. ("Defendant") hereby submits the following memorandum of points and authorities in support of its Motion to Compel non-retained expert witness, Ashely Delgado, M.S., ("Ms. Delgado") to appear for deposition.

I. **INTRODUCTION**

On May 21, 2021, Defendant properly disclosed Ms. Delgado as a non-retained expert. Thereafter, Defendant diligently attempted to move this matter forward and take the deposition of Ms.

MPA iso Motion to Compel the Appearance of
Non-Retained Expert Ashley Delgado, M.S.

1:20-CV-00890-AWI-SAB

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Delgado. Defendant properly served multiple deposition subpoenas on Ms. Delgado pursuant to Rule 45 of the Federal Rules of Civil Procedure. Defendant also attempted to meet and confer with Ms. Delgado via telephone and email in an effort to schedule the deposition for a mutually agreeable date and time. Despite Defendant's efforts, Ms. Delgado refused to respond to Defendant's requests for available dates, and simply stated that she could not confirm or deny her involvement with Plaintiff GREGG LEE FOSHEE, JR. ("Plaintiff").

As a result, Defendant was left with no choice but to set Ms. Delgado's deposition for August 3, 2021, as proposed by Defendant. Ms. Delgado failed to appear at the deposition on August 3, 2021 pursuant to Defendant's deposition subpoena. Accordingly, Defendant requests this Court issue an Order compelling Ms. Delgado to appear for her deposition in advance of the Parties upcoming Expert Discovery Cutoff of October 28, 2021.

As detailed in Defendant's concurrently filed Application for Order Shortening Time, the timing of this motion and the requested hearing date is proper pursuant to the Court's direction at the September 29, 2021 Informal Telephonic Conference Regarding Discovery Disputes.

## II. BACKGROUND FACTS

### A. Defendant Properly Disclosed Ashley Delgado, M.A. as a Non-Retained Expert

On May 21, 2021, Defendant filed and served its initial Expert Witness Disclosures, which identified Ms. Delgado as a non-retained expert in this case based upon her treatment of Plaintiff while she was employed at Central Valley Family Therapy ("CVFT"). (Declaration of Julie R. Campos in Support of Defendant's Motion to Compel the Deposition of Non-Retained Expert Ashley Delgado, M.A. ["Campos Decl."], ¶ 2, Ex. A.)

### B. Defendant's Properly Noticed and Subpoenaed the Deposition of Ashley Delgado, M.A.

On June 24, 2021, Defendant served its Notice of Deposition of Ashley Delgado, M.A. on Plaintiff, for the deposition set for July 13, 2021. (See Campos Decl. ¶ 3, Ex. B.) On June 24, 2021, Defendant attempted to personally serve Ms. Delgado with the deposition subpoena for her deposition set for July 13, 2021, however the attempt at service was unsuccessful. (See Campos Decl. ¶ 4, Ex. C.) Defendant's process server attempted to serve the deposition subpoena on Ms. Delgado again on

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

MPA iso Motion to Compel the Appearance of
Non-Retained Expert Ashley Delgado, M.S.    2    1:20-CV-00890-AWI-SAB

June 28, 2021, and was informed that Ms. Delgado no longer worked at the address listed on the subpoena. (See Campos Decl. ¶ 5, Ex. D.)

On July 1, 2021, Defendant attempted to personally serve Ms. Delgado with the deposition subpoena for her July 13, 2021 deposition at the address stated on Ms. Delgado's registration with the state Board of Behavioral Sciences. However, Defendant's attempt at service at this address was unsuccessful. (See Campos Decl. ¶ 6, Ex. E.)

After diligent efforts to locate a current address for Ms. Delgado, Defendant was able to locate her new business address on July 12, 2021. So, on July 12, 2021 Defendant served the deposition subpoena on Ms. Delgado's new business. (See Campos Decl. ¶ 7, Ex. F.) However, given that the deposition was scheduled for the next day, Defendant rescheduled the deposition in order to allow Ms. Delgado sufficient time to comply with the subpoena. (See Campos Decl. ¶ 8.)

On July 13, 2021, Defendant served an amended Notice of Deposition on Plaintiff, for the new deposition date of July 23, 2021. (See Campos Decl. ¶ 8, Ex. G.) On July 14, 2021, Defendant also personally served an amended deposition subpoena on Ms. Delgado at her current business address. (See Campos Decl. ¶ 9, Ex. H.)

### C. Plaintiff's Delayed Authorization to Release His Medical Records Forced Defendant to Reschedule Ms. Delgado's Deposition

In addition to Ms. Delgado's deposition, Defendant subpoenaed the deposition of Ms. Delgado's supervisor from CVFT, Dr. Melissa Tihin ("Dr. Tihin"), who was also disclosed as a non-retained expert in this case. (See Campos Decl. ¶ 2, 10, Ex. A.) The deposition subpoena's for both Ms. Delgado and Dr. Tihin contained document requests regarding their treatment of Plaintiff. (See Campos Decl. ¶ 9-10, Ex. H.) Once the deposition subpoenas were served, Defendant was informed by CVFT that Plaintiff had revoked his authorization for CVFT to release his medical records, despite having previously signed a release in early 2021. (See Campos Decl. ¶ 10, Ex. I.)

As a result, Defendant had to again continue Ms. Delgado's deposition in order to allow time for the production of the necessary records from CVFT. (See Campos Decl. ¶ 10.)

///

///

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

MPA iso Motion to Compel the Appearance of
Non-Retained Expert Ashley Delgado, M.S.

3

1:20-CV-00890-AWI-SAB

### D. Defendant Met and Conferred with Ms. Delgado Multiple Times to Set Her Deposition for a Mutually Agreeable Date

On July 22, 2021, defense counsel reached out to Ms. Delgado via telephone and email to inform her that her July 23, 2021 deposition was going to be rescheduled. (See Campos Decl. ¶ 11, Ex. J.) Defense counsel advised Ms. Delgado that she did not need to appear for her deposition on July 23, 2021, and asked Ms. Delgado if she was available to reschedule her deposition for August 3, 2021. Defense counsel further asked Ms. Delgado to provide her availability in the event that August 3, 2021 was unavailable. Ms. Delgado responded via email on the night of July 22, 2021 stating:

> I, Ashley Delgado, cannot confirm nor deny that Gregg Foshee was a client at Central Valley Family Therapy. Secondly, I, Ashley Delgado, am no longer an employee at Central Valley Family Therapy, therefore I cannot speak on the agency's behalf nor produce any records or documentation on their behalf. Thank you.

(See Campos Decl. ¶ 11, Ex. J.) On July 23, 2021, defense counsel responded to Ms. Delgado stating that she still needed to appear for her deposition, and again requested that Ms. Delgado provide her availability for her deposition. (See Campos Decl. ¶ 11, Ex. J.) On July 25, 2021, Ms. Delgado responded via email stating:

> Per my statement, I cannot confirm or deny the information that you are requesting. That is my statement and I do not have any information or records to produce. Thank you.

(See Campos Decl. ¶ 11, Ex. J.) On July 26, 2021 Defense Counsel responded to Ms. Delgado via email and reiterated that she had been identified as an expert in this case, and that Plaintiff had authorized CVFT to release his medical information. Defense Counsel again asked Ms. Delgado if she was available on August 3, 2021 for her deposition and requested that Ms. Delgado provider her availability if that date did not work. (See Campos Decl. ¶ 11, Ex. J.) Ms. Delgado never responded to defense counsel's email. (See Campos Decl. ¶ 11.)

### E. Defendant Noticed Ms. Delgado's Deposition for August 3, 2021

Despite Defendant's diligent efforts to work with Ms. Delgado to schedule her deposition for a mutually agreeable date, Ms. Delgado refused to respond to defense counsel's requests for her availability. Therefore, on July 27, 2021, Defendant served a second amended Notice of

///

1 Deposition on Plaintiff for Ms. Delgado's deposition set for August 3, 2021. (See Campos Decl. ¶ 12, Ex. K.)

On July 29, 2021, Defendant personally served its second amended deposition subpoena on Ms. Delgado. (See Campos Decl. ¶ 13, Ex. L.) Defense counsel also emailed Ms. Delgado a copy of the second amended deposition subpoena, along with the login information for the videoconference deposition. (See Campos Decl. ¶ 14, Ex. M.)

### F. Ms. Delgado Failed to Appear for Her Deposition on August 3, 2021

Ms. Delgado's deposition was set to begin at 10:00 AM on August 3, 2021. (See Campos Decl. ¶ 12-14, Ex. K-M.) At the start time of the deposition, Ms. Delgado was not present. The Parties waited for 10 minutes to allow Ms. Delgado some time to join the videoconference deposition, however she never joined. (See Campos Decl. ¶ 15.) At 10:10:45 AM, counsel for Defendant emailed Ms. Delgado advising that her deposition was set to begin an 10:00 AM, and asked Ms. Delgado to let counsel know if she was having trouble connecting to the videoconference. Defense counsel also included the login information for the videoconference deposition. Ms. Delgado never responded to this email. (See Campos Decl. ¶ 15, Ex. N.)

The Parties remained on the videoconference call until 10:21 AM. At that time, Ms. Delgado still had not appeared for her deposition pursuant to Defendant's deposition subpoena. Ms. Delgado totally and completely failed to appear for her deposition pursuant to Defendant's deposition subpoena, despite Defense counsel's multiple emails stating that her appearance was required pursuant to the deposition subpoena. (See Campos Decl. ¶ 16, Ex. O.)

### G. An Order Compelling Ms. Delgado's Deposition Prior to the Expert Discovery Deadline of October 28, 2021 is Proper

Defendant properly designated Ms. Delgado as a non-retained expert in this case, and properly issued a deposition subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure. As such, Defendant is entitled to take the deposition of Ms. Delgado.

Given Ms. Delgado's blatant refusal to appear for her deposition, Defendant respectfully requests that the Court issue an Order compelling Ms. Delgado's appearance at her deposition prior to the Parties' expert discovery deadline, currently set for October 28, 2021.

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7750

MPA iso Motion to Compel the Appearance of
Non-Retained Expert Ashley Delgado, M.S.

5

1:20-CV-00890-AWI-SAB

Alternatively, Defendant requests that the Court issue an Order extending the Parties' expert discovery deadline by 14 days in order to allow further time for Ms. Delgado's compliance with an Order compelling her appearance at her deposition.

### III. PLAINTIFF WILL NOT OPPOSE DEFENDANT'S MOTION

On August 27, 2021, counsel for Defendant conferred with Counsel for Plaintiff regarding Defendant's intention to file a motion to compel the deposition of Ms. Delgado, following her failure to appear for her deposition pursuant to Defendant's deposition subpoena. Plaintiff's counsel confirmed that Plaintiff would not oppose Defendant's motion. (See Campos Decl. ¶ 17, Ex. P.)

### IV. THE REQUIREMENT FOR FILING A JOINT STATEMENT RE DISCOVERY DISAGREEMENT DOES NOT APPLY GIVEN MS. DELGADO'S COMPLETE AND TOTAL FAILURE TO RESPOND TO DEFENDANT'S DEPOSITION SUBPOENA

As detailed above, Ms. Delgado completely and totally failed to respond to Defendant's deposition subpoena, despite Defense Counsel's multiple attempts to confer with Ms. Delgado regarding her appearance at her deposition. (See Campos Decl. ¶ 11-16, Ex. J-O.) Therefore, pursuant to Local Rule 251(e), the requirement for filing a Joint Statement re Discovery Disagreement does not apply to this motion.

### V. CONCLUSION

Given Ms. Delgado's blatant refusal to appear for her deposition, Defendant respectfully requests that the Court issue an Order compelling Ms. Delgado's appearance at her deposition prior to the Parties' expert discovery deadline, currently set for October 28, 2021. Alternatively, in order to allow further time for Ms. Delgado's compliance with an Order compelling her appearance at her deposition, Defendant moves this Court for an Order extending the Parties' expert discovery deadline by 14 days and compelling Ms. Delgado's appearance at her deposition prior to the continued expert discovery deadline.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

MPA iso Motion to Compel the Appearance of Non-Retained Expert Ashley Delgado, M.S.  6  1:20-CV-00890-AWI-SAB

Dated: October 15, 2021

LITTLER MENDELSON P.C.

_/s/ Julie R. Campos_

Ryan L. Eddings
Julie R. Campos
Attorneys for Defendant
MASTEC NETWORK SOLUTIONS, INC.

4842-5514-8278.1 / 046446-1254

LITTLER MENDELSON P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

MPA iso Motion to Compel the Appearance of
Non-Retained Expert Ashley Delgado, M.S.

7

1:20-CV-00890-AWI-SAB