# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>MASTEC NETWORK SOLUTIONS, INC.,<br><br>  Defendant. | Case No.  1:20-cv-00890-AWI-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 52) |

A scheduling order issued on August 19, 2020.  (ECF No. 8.)  On July 28, 2021, the Court granted a stipulated request to extend the expert discovery deadline by a period of thirty (30) days to complete a deposition of an expert.  (ECF No. 14.)  On August 20, 2021, the parties filed a stipulation to further extend the expert discovery deadline due to the non-appearance of the witness at the deposition.  (ECF No. 15.)  On October 15, 2021, the Court denied Defendant's application to shorten time and associated motion to compel the nonparty witness's deposition as untimely and procedurally deficient.  (ECF No. 51.)  On October 26, 2021, the parties filed a stipulation to extend the expert discovery deadline by a period of forty-five (45) days until December 13, 2021.  (EFC No. 52.)  The parties proffer that between October 20 and 26, 2021, Defense counsel repeatedly attempted to contact the witness via telephone and email in order to reschedule the deposition and to avoid the need for a motion to compel or other court intervention.  (Id.)  Defense counsel proffers that they will continue to reach out to the witness in

an effort to set the deposition and avoid a motion to compel.  The parties agree good cause exists to amend the expert discovery deadline to continue such efforts, and to have sufficient time to file any motion to compel if such proves necessary.  The Court finds good cause to further extend the expert discovery deadline.

Accordingly, IT IS HEREBY ORDERED that the August 19, 2020 scheduling order as previously amended (ECF Nos. 8, 14, 17), is further AMENDED as follows:

1. Expert Discovery Deadline: **December 13, 2021**; and
2. All other aspects of the August 19, 2020 scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:  **October 26, 2021**

UNITED STATES MAGISTRATE JUDGE