# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG LEE FOSHEE JR., <br><br>Plaintiff, <br><br>v. <br><br>MASTEC NETWORK SOLUTIONS, INC., <br><br>Defendant. | Case No. 1:20-cv-00890-AWI-SAB <br><br>ORDER GRANTING STIPULATED APPLICATION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO COMPEL NON-RETAINED EXPERT'S DEPOSITION AND SETTING HEARING FOR NOVEMBER 24, 2021 <br><br>ORDER REQUIRING DEFENDANT TO SERVE COPY OF THIS ORDER AND HEARING INFORMATION ON NONPARTY <br><br>(ECF Nos. 56, 60) <br><br>**TWO DAY DEADLINE** |

On November 11, 2021, Defendant filed a motion to compel non-retained expert Ashley Delgado's ("Delgado") appearance at a deposition, setting the hearing on shortened time to be heard on November 24, 2021, along with an application, stipulated to by the Plaintiff and Defendant, to shorten the time to hear the motion. (ECF Nos. 56, 60.) The Court finds good cause to grant the stipulated request to hear the motion on shortened time on November 24, 2021. Defendant shall obtain the videoconference information from the Courtroom Deputy, and serve a copy of this order and notice of the videoconference information for the hearing on the nonparty Delgado within two (2) days of entry of this order. The nonparty may also contact the Courtroom Deputy at vgonzales@caed.uscourts.gov, or (559) 499-5200, for further information

as to appearing at the November 24, 2021 hearing.  The nonparty Delgado may file any written opposition to the motion to compel on or before Friday, November 19, 2021, as well as present any argument in opposition at the November 24, 2021 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated application to shorten time (ECF No. 60) is GRANTED;
2. Defendant's motion to compel the deposition of non-retained expert Ashley Delgado (ECF No. 56 ) is SET for hearing on **November 24, 2021 at 10:00 a.m., in Courtroom 9**;
3. Nonparty Ashley Delgado may file any written opposition to the motion to compel **on or before November 19, 2021**;
4. Defendant shall serve a copy of this order and the videoconference information for the November 24, 2021 hearing, within **two (2) days of entry of this order**.

IT IS SO ORDERED.

Dated:   **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE