# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GREGG LEE FOSHEE JR,**

CASE NO: **1:20–CV–00890–AWI–SAB**

v.

**MASTEC NETWORK SOLUTIONS, INC.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/14/2022**

                           **Keith Holland**
                           Clerk of Court

ENTERED:  **February 14, 2022**

                    by: _/s/ C. Maldonado_____
                              Deputy Clerk